IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Kenneth G. Lane,                    ) | |
| ) | |
| Plaintiff,       ) | |
| ) | Civil Action No.: 4:06-1070-TLW-TER |
| v.                                           ) | |
| ) | |
| Micheal J. Astrue, Commissioner of  ) | |
| Social Security,                      ) | |
| ) | |
| Defendant.     ) | |
| _____) | |

## ORDER

On April 5, 2006, the plaintiff, Kenneth G. Lane, filed a complaint against the defendant, Micheal J. Astrue, the Commissioner of Social Security, pursuant to Sections 205(g) of the Social Security Act, as amended (42 U.S.C. §405 (g)) seeking judicial review of the final decision of the Commissioner wherein he was denied disability insurance benefits under Title II of the Social Security Act. (Doc. #1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, Magistrate Judge Rogers recommends that the Commissioner's decision be upheld because substantial evidence supported the decision to deny benefits. (Doc. #10). The plaintiff filed no objections to the Report. Objections to the Report were due on August 14, 2007.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #10) and the Commissioner's decision is hereby upheld.

**IT IS SO ORDERED**.

s/Terry L.Wooten

Terry L. Wooten
United States District Judge

September 19, 2007
Florence, South Carolina

2